IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | No. 2020-21625 | |
| ) | | |
| MARSHALL SPIEGEL, ) | Chapter 11 | |
| ) | | |
| *Debtor*. ) | Hon. Timothy A. Barnes, Bankruptcy Judge | |

### AMENDMENT TO NOTICE OF APPEAL
### OF MATTHEW SPIEGEL, *CREDITOR*

MATTHEW SPIEGEL, Creditor-Appellant, by his counsel, amends his Notice of Appeal by filing his revised Civil Cover Sheet, supplemented to include an attachment identifying prior and related appeals.

Dated:    October 10, 2024.


/s/ **JOSEPH A. MORRIS**
_____

JOSEPH A. MORRIS

JOSEPH A. MORRIS
MORRIS & DE LA ROSA
6171 North Sheridan Road
Suite 312
Chicago, Illinois 60660
(312) 927-4680
Illinois Attorney Registration No. 1963457

   *Counsel for Matthew Spiegel*.

Proof of Service

      The undersigned member of the bar certifies that he served copies of the foregoing notice and of the instrument referred to therein upon all parties of record herein via the Court's electronic filing and case management system, all on October 10, 2024.

/s/ **JOSEPH A. MORRIS**
_____

JOSEPH A. MORRIS